UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOHN F. GARGAN,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant, presently scheduled for February 13, 2020, will now take place on **Monday, December 23, 2019 at 3:00 p.m.** Any submissions on behalf of the Defendant are due on **December 9, 2019**, and any submission by the Government is due on **December 16, 2019**.

Dated: New York, New York
November 13, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge