UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOHN F. GARGAN,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Government will arrange for a Supervisory Deputy U.S. Marshal to attend the conference to discuss Defendant Gargan's conditions of confinement on **Tuesday, November 19, 2019 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 13, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge