UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JOHN F. GARGAN,

                Defendant.

**ORDER OF RESTITUTION**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Michael K. Krouse, Sheb Swett, and Juliana N. Murray, Assistant United States Attorneys, of counsel; the presentence investigation report, the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

    1.    **Amount of Restitution**. John F. Gargan, the Defendant, shall pay restitution in the total amount of $444,606.00 to the victims of the offense charged in Count One of the Indictment. Restitution payments are to be made payable to the Clerk of Court, U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 for restitution to the victims set forth in the schedule attached hereto. Upon advice of change of address, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York
       December 19, 2019

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

John F. Gargan,

               Defendant.

**Schedule for Order of Restitution**

**18 Cr. 723 (PGG)**

| Name | Address | Loss Amount |
|---|---|---|
| Medicare | CMS<br>Division of Accounting Operations<br>P.O. Box 7520<br>Baltimore, MD 21207-0502 | $268,948 |
| Medicaid | New York State Department of Health<br>New York State Office of the Medicaid Inspector General<br>Bureau of Collections Management<br>800 North Pearl Street<br>Albany, NY 12204 | $175,658 |

09.10.2013