UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOHN F. GARGAN,

                Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed in open court this morning, submissions are to be made in accordance with the following schedule:

1. Kingsbrook Hospital will file a status letter on **February 24, 2020,** concerning the issues raised by the Court at today's conference concerning the Defendant's condition and the medical care he has received at the Hospital.

2. Kingsbrook Hospital will file a second letter on **February 26, 2020,** presenting additional information concerning these issues and a plan of action for addressing Defendant's care during his remaining time at the Hospital.

**3.** The U.S. Marshal Service will apprise the Court of the status of Defendant's JPAT transport and whether the JPAT unit has the materials necessary to evaluate Defendant's condition by **February 24, 2020.**

4. The parties will submit a letter regarding the status of Gargan's transfer to FMC Butner by **February 28, 2020.**

        As discussed at today's conference, Bureau of Prisons personnel will pick up mail for the Defendant addressed to Federal Defenders of New York, and will deliver mail to Defendant from Federal Defenders of New York, once a week.

        A conference concerning Defendant's conditions of confinement at Kingsbrook Hospital will take place on **March 2, 2020 at 10:00 a.m.** in Courtroom 705 of the Thurgood

1

Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      February 21, 2020

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge