UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOHN F. GARGAN,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference regarding the status of Defendant Gargan, scheduled for March 2, 2020, is adjourned sine die.

Dated: New York, New York
February 28, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge