UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JOHN F. GARGAN,

              Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Gargan submitted a May 1, 2024 letter that appears to seek relief from his conviction for conspiracy to distribute and possess with intent to distribute oxycodone. (Dkt. No. 340)

        The Government is directed to respond by **June 24, 2024**.

Dated: New York, New York
        May 31, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge